RONALD L. RICHMAN (SBN 139189)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRAMARK GENERAL ENGINEERING CONTRACTORS, INC., a California corporation,<br><br>Defendant. | Case No.: 4:21-cv-07835-KAW<br><br>**DISMISSAL OF ACTION, IN ITS ENTIRETY, WITHOUT PREJUDICE** |

4862-7820-2118.1 29512/00351     – 1 –

DISMISSAL OF ACTION, IN ITS ENTIRETY, WITHOUT PREJUDICE

1    Plaintiffs hereby dismiss this action, in its entirety, without prejudice.

2    DATED: December 10, 2021

3                                                    BULLIVANT HOUSER BAILEY PC

5                                                    By  /s/ Ronald L. Richman
6                                                        Ronald L. Richman

7                                                    Attorneys for Plaintiffs